UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDEN LEWIS-ELLIOTT,

    Petitioner,

v.

BLAINE LAFLER,

    Respondent.
_____/

CASE NO. 2:10-14732
HONORABLE AVERN COHN
UNITED STATES DISTRICT JUDGE

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Avern Cohn, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on August 22, 2011.

IT IS ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that a Certificate of Appealability is DENIED.

IT IS FURTHER ORDERED that Petitioner shall be granted leave to appeal *In Forma Pauperis.*

Dated at Detroit, Michigan, this 22nd, day of August, 2011.

                                DAVID J. WEAVER
                                CLERK OF THE COURT

APPROVED:

                                BY: s/Julie Owens
                                      DEPUTY CLERK

s/Avern Cohn
HON. AVERN COHN
UNITED STATES DISTRICT JUDGE

10-14732 Lewis-Elliott v. Lafler
Judgment

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to Brandon Lewis-Elliott, 570718, Carson City Correctional Facility, 10522 Boyer Road, Carson City, MI 48811 and the attorneys of record on this date, August 22, 2011, by electronic and/or ordinary mail.

S/Julie Owens
Case Manager, (313) 234-5160